# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-217-RJC-DCK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE, CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TESHIA P. DAVIS; and LAVETTE S. ) | |
| JACKSON, as the personal representative of ) | |
| the Estate of Errol K. Jackson, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice Pro Hac Vice" (Document No. 17) and "Request To Waive Counsel Association" (Document No. 17-1), filed by Shari R. Rhode, counsel for the Defendant, Lavette S. Jackson, on August 4, 2010. The Court construes the motion as a "Request For Special Admission" pursuant to Local Rule 83.1(D)(2). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate disposition is appropriate.

Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant the motion. The undersigned notes that the granting of special admissions (as opposed to *pro hac vice* admissions) in this district is rare, and that the Court reserves the right to require association of local counsel at any time. Ms. Rhode is respectfully advised to become familiar with, and to abide by, the Local Rules of this Court.

**IT IS, THEREFORE, ORDERED** that the "Request For Special Admission" (Document No. 17) filed by Ms. Rhode is **GRANTED**.

Signed: August 4, 2010

David C. Keesler
United States Magistrate Judge