UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv217-RJC-DCK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TESHIA P. DAVIS AND LAVETTE S. JACKSON, )<br>AS THE PERSONAL REPRESENTATIVE OF THE )<br>ESTATE OF ERROL K. JACKSON, )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on Defendant LaVette Jackson's Motion to Transfer this case to the United States District Court for the District of Maryland (Doc. No. 19), and Plaintiff Metropolitan Life Insurance Company's ("MetLife's") Motion to Deposit Funds into the registry of this Court (Doc. No. 6).

On October 4, 2010, the parties consented to the transfer of this action and reached an agreement as to the specific terms of the transfer to the District of Maryland. (Doc. No. 28). As part of the transfer terms, the parties also consented to MetLife's Motion to Deposit Funds. The terms of the transfer as agreed by the parties are set forth below and specifically adopted herein.

For good cause shown and with the consent of all parties to this action, **IT IS HEREBY ORDERED THAT:**

1. This case, *Metropolitan Life Insurance Company v. Teshia P. Davis and Layette S. Jackson, as the personal representative of the Estate of Errol K. Jackson*, United States District Court for the Western District of North Carolina, Charlotte Division, Civil Action No. 3:10-CV-217-RJC-DCK (the "Transferred Case"), shall be transferred to the United States District Court for the District of Maryland;
2. The Transferred Case shall be the action through which the parties litigate their dispute concerning the life insurance benefits payable under MetLife Policy Number 963 405 298 UM. MetLife has acknowledged its obligation to pay, and Defendants have agreed that the correct amount at issue, under Policy Number 963 405 298 UM is $196,610.00;
3. Upon transfer, LaVette S. Jackson shall answer or otherwise respond to the Transferred Case and dismiss without prejudice the case currently pending in Maryland, *Layette S. Jackson, Personal Representative of the Estate of Errol K.*

*Jackson, Sr., v. Metropolitan Life Insurance Company; and Teshia P. Coleman-Jackson Davis*, United States District Court for the District of Maryland, Civil Action No. 10-CV-01539-RDB; and
4. The parties consent to MetLife's Motion to Deposit Funds, which funds shall be deposited in the United States District Court for the District of Maryland.

**SO ORDERED.**

Signed: October 7, 2010

Robert J. Conrad, Jr.
Chief United States District Judge