

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 OCT 25  A 11: October 19, 2010

CLERK'S OFFICE
AT BALTIMORE

U.S. District Court
District of Maryland          BY_____ DEPUTY
Chambers of Honorable J. Fredrick Motz
Northern Division
4228 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

RE:   Metropolitan Life Insurance Company v. Davis, et al
      JFM-10-2785

To the Honorable Judge Motz:

    I am responding to a letter from the Clerk dated October 8, 2010 in reference to the above mentioned case. Please accept this letter as notification that I will not be representing Ms. Lavette Jackson in the above mentioned case. Ms. Lorraine Lawrence Whittaker at 9192 Red Branch Road, Suite 300, Columbia, MD 21045 will be representing Ms. Lavette Jackson now that the case has been transferred to Maryland. Ms. Whittaker has advised me that she is already admitted to practice before the Court.

    If you have any questions or need further information please let me know.

Sincerely,

Shari R. Rhode
Attorney at Law

cc:   Lorraine Lawrence Whittaker
      Lavette Jackson