ROBERT B. HOPKINS
PARTNER
DIRECT DIAL: 410.949.2937
PERSONAL FAX: 410.949.2976
E-MAIL: rbhopkins@duanemorris.com

www.duanemorris.com

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

November 2, 2010

Honorable J. Frederick Motz
United States District Court for the
District of Maryland
4228 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21202

    Re:    Metropolitan Life Insurance Company v. Davis, et al.
             Civil Action No. JFM-10-2785

Dear Judge Motz:

    This law firm and Smith Moore Leatherwood LLP represent Metropolitan Life Insurance Company in the above matter and this letter is being written on behalf of all parties. This matter involves a beneficiary dispute with regard to an insurance policy issued by Metropolitan Life Insurance on the life of Errol K. Jackson. The two defendants in this matter, Teisha P. Davis and Lavette S. Jackson as the Personal Representative of the Estate of Errol Jackson, have asserted beneficiary claims.

    This matter was recently transferred from federal court in North Carolina. Pursuant to the North Carolina Court's October 7, 2010 Order (pleading number 29), Metropolitan Life is required to deposit the insurance proceeds into the Registry of the Court. The Clerk in Maryland has requested that you enter a similar Order so that the funds may be deposited in Maryland. Accordingly, all parties request that Your Honor sign the attached proposed Order with regard to this issue.

                                Respectfully submitted,

                                Robert B. Hopkins

RBH:smc
Enc.