**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| METROPOLITAIN LIFE INSURANCE COMPANY | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| TESHIA P. DAVIS | *  Civil Action No.:1:10-cv-02785-JFM |
| and | * |
| LAVETTE S. JACKSON | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO CROSSCLAIM OF TESHIA P. DAVIS

Defendant, LaVette S. Jackson, as Personal Representative of the Estate of Erroll K. Jackson, answers the Crossclaim of Co-Defendant/Cross-Plaintiff Teshia P. Davis as follows:

### PARTIES

1. Paragraph 1 is admitted.

2. Paragraph 2 is admitted upon information and belief.

3. Paragraph 3 is admitted.

### JURISDICTION AND VENUE

4. Paragraph 4 is admitted.

5. Paragraph 5 is admitted.

6. Paragraph 6 is admitted to the extent that while this matter was initially filed in Federal District Court for the Western District of North Carolina, by agreement of

the parties, the matter has been transferred to the Federal District Court for the District of Maryland where venue rests.

## **GENERAL ALLEGATIONS**

7. Paragraph 7 is admitted.

8. Paragraph 8 is admitted.

9. Paragraph 9 is admitted.

10. Paragraph 10 is denied upon information and belief.

11. Paragraph 11 is denied.

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

14. Paragraph 14 is admitted.

15. Paragraph 15 is admitted.

16. Paragraph 16 is admitted.

17. Paragraph 17 is denied.

18. Paragraph 18 is denied.

Defendant, LaVette S. Jackson further asserts the following defenses and reserves the right to raise alternative defenses to the Crossclaim of Co-Defendant/Cross-Plaintiff Teshia P. Davis:

1. The Defendant denies liability generally.

2. The Complaint fails to state a claim upon which relief can be granted.

3. The Plaintiff's cross claim is barred by the statute of limitations.

4. The action is barred by the doctrine of collateral estoppel and/or res judicata.

5. The Defendant asserts that the action is barred by the doctrine of release.

6. The Defendant asserts that the action is barred by the doctrine of accord and satisfaction.

7. The Plaintiff has not sued the proper party.

8. The Plaintiff improperly split his or her cause of action.

9. Defendant demands strict proof of all averments in Plaintiff's Complaint and also demands proof of the following:

    A. The legal existence of a party, including a partnership or a corporation.

    B. The capacity of a party to sue or be sued.

    C. The authority of a party to sue or be sued in a representative capacity.

    D. The averment of the execution of a written instrument.

    /S/
Lorraine Lawrence-Whittaker, P.C.
Federal Bar No: 26913
lvlw@comcast.net
**METRO LEGAL GROUP**
9192 Red Branch Road, Suite 300
Columbia, Maryland 21045
(410)740-4529
Fax: (410)997-4272
Attorneys for LaVette S. Jackson,
*Individually, and as Personal*
*Representative of the*
*Estate of Erroll K. Jackson, Sr.*

Dated: January 6, 2011

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** this 6th Day of December, 2011, that a copy of the foregoing Answer to Crossclaim of Teshia P. Jackson was mailed via first class U.S. Mail, postage prepaid, to the following parties who will not receive electronic notice of this filing:

Elizabeth J. Bondurant, Esq.
SMITH MOORE LEATHERWOOD LLP
One Atlantic Center Plaza, Suite 2300
1180 West Peachtree Street
Atlanta, Georgia 30309
*Attorneys for Metropolitan Life Insurance Company*

T. Matthew Creech, Esq.
SMITH MOORE LEATHERWOOD LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
*Attorneys for Metropolitan Life Insurance Company*

Barrett R. King, Esq.
Walsh & Company, P.A.
9841 Broken Land Parkway, Suite 206
Columbia, MD 21046
*Attorneys for LaVette S. Jackson, Personal Representative of the Estate of Errol K. Jackson*

Shari R. Rhode, Esq.
RHODE AND JACKSON, P.C.
1405 W. Main, P.O. Box 99
Carbondale, IL 62903
*Attorneys for LaVette S. Jackson, Personal Representative of the Estate of Errol K. Jackson*

_____/S/_____
Lorraine Lawrence-Whittaker, P.C.