MetCareLite - Search for Case - View Case

# View Case: 00000-47665-440

- 04/21/2008 12:40:05-Modified:04/21/2008 12:43:40  view details
    - 04/21/2008 12:40:05 ERROL K JACKSON  view details
        - 04/21/2008 12:40:05 Krystyna Malouin  view details
            - Contract 963405298 UM  view details
                - ☑ Manage Referral  view details
                    - Referral 00000-12661-150  view details
                - ☑ Account Values Quotes  view details
                - ☑ Death Benefit Quote  view details
                - ☑ Party Inquiry  view details

## Case: 04/21/2008 12:40:05-Modified:04/21/2008 12:43:40  Go back

| | |
|---|---|
| Case ID | 00000-47665-440 |
| Start | 04/21/2008 12:40:05 |
| Last Modified | 04/21/2008 12:43:40 |
| Status | Closed |

## Communication: 04/21/2008 12:40:05 ERROL K JACKSON  Go back

| | |
|---|---|
| Channel | Inbound Phone Call |
| Start | 04/21/2008 12:40:05 |
| Stop | 04/21/2008 12:43:40 |
| Contacting Party Name | ERROL K JACKSON |
| Gender | M |
| Organization | |
| SSN/TIN | Redacted |
| | 100 HARDWOOD CT |

| | |
|---|---|
| Address | FAIRBURN, GA 30213-3708 |
| Email Address | |
| Phone Number | (770)519-9399 |
| Fax Phone Number | |
| Alternate Phone Number | |
| Source | Beneficiary Inq |
| Call ID | 11247 |
| Call GUID | 000000148764000000058790 |
| Survey Indicator | Y |
| Notify Sales Office | Y |

## ServiceSession: 04/21/2008 12:40:05 Krystyna Malouin   Go back

| | |
|---|---|
| User Name | Krystyna Malouin |
| User Type | |
| Start | 04/21/2008 12:40:05 |
| Stop | 04/21/2008 12:43:40 |
| Status | Complete |
| Site | Warwick |
| Include in Reporting | Y |
| User Group | MetLife Life |
| Skill Split | |
| Transfer Out | N |
| Session Comment | |
| Contract 963405298 UM | |

## Contract: Contract 963405298 UM   Go back

| | |
|---|---|
| Contract Key | 963405298 UM |
| Group Number | |
| Product Type | Default |
| Contract Type | Life |
| Relationship | Owner |

**Security**       Y

**Contract Comment**

# Activity: Manage Referral  Go back

Service Event Level Details:

**Start**       04/21/2008 12:41:58

**Stop**        04/21/2008 12:43:12

**Reason(s)**   Process Referral

**Status**      Complete

# Referral :  Go back

| | |
|---|---|
| **Type** | Beneficiary Change Inquiry |
| **Destination** | BOSS Life Admin |
| **Original Destination** | BOSS Life Admin |
| **Contract Key** | 963405298 UM |
| **Status** | Finalized |
| **Comment by Krystyna Malouin 04/21/2008 12:43:12** | ~~RC:Owner is requesting to have a long version for bene change by insured. He is planning on having 13 individuals as primary. thx |

# Activity: Account Values Quotes  Go back

Service Event Level Details:

**Start**       04/21/2008 12:41:15

**Stop**        04/21/2008 12:43:27

**Reason(s)**   CSC Only Inquiry

**Status**      Complete

# Activity: Death Benefit Quote  Go back

Service Event Level Details:

**Start**       04/21/2008 12:41:15

**Stop**        04/21/2008 12:43:27

**Reason(s)**   Confirmed/Released Information

CL000226

**Status**          Complete

Activity Level Details for:

**Death Benefit Quote**    04/18/2008: 192,186.23

# Activity: Party Inquiry   Go back

Service Event Level Details:

| | |
|---|---|
| **Start** | 04/21/2008 12:43:31 |
| **Stop** | 04/21/2008 12:43:36 |
| **Reason(s)** | Forms Inquiry<br>Beneficiary Inquiry |
| **Status** | Complete |

CL000227