(Page 1 of 2)

METROPOLITAN LIFE INSURANCE COMPANY
PO BOX 313
WARWICK  RI 02887-0313

**MetLife**®

April 22, 2008

#BWNDYSK
#PZHMQSDPJA4//328#
ERROL K JACKSON
100 HARDWOOD CT
FAIRBURN GA 30213-3708

RE:   METROPOLITAN LIFE INSURANCE COMPANY POLICY:      963 405 298 UM
      INSURED: ERROL K JACKSON

Dear Mr Jackson,

Thank you for calling 1-800-638-5000 and giving us the opportunity
to be of service to you.

Enclosed please find the form necessary to change the beneficiary on
the above policy.

Kindly complete all information, and then sign and date the form.
Your signature should be witnessed by a disinterested adult.

We will send you a letter of confirmation once the change has been
recorded.

If you have any questions about this information or about your life
insurance in general, please contact your local representative or call
1-800-638-5000.

Return the form(s) in the enclosed envelope to the attention of
the "B & O UNIT".

Thank you for allowing us to handle your insurance needs.

Sincerely,

*Roberta Beaucage*

Roberta Beaucage 0101

Beneficiary and Ownership Unit

enclosure 093I
            ****** HEAD OFFICE COPY - DO NOT MAIL *****